UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FREEDOM MORTGAGE CORPORATION,

        Plaintiff,

  - against -

ELVIRE CADET, JAQUES F. DORVIL,
DEPARTMENT OF HOUSING PRESERVATION &
DEVELOPMENT, CAPITAL ONE BANK (USA)
N.A., NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD

        Defendants.
------------------------------------------------------------X

**ORDER**
19-CV-3158 (RRM) (JO)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

    This is an action brought pursuant to New York Real Property Actions and Proceeding Law (RPAPL) Article 13 to foreclose a Mortgage encumbering 240-32 149th Avenue, Rosedale, NY 11422, together with the land, buildings, and other improvements located on the Property. By letter dated September 9, 2020, plaintiff informed the Court that the Federal Housing Administration ("FHA") extended its foreclosure moratorium until December 31, 2020. (Doc. No. 24.) This is the FHA's third extension of the moratorium. As such, this Court ORDERS that this case be administratively closed without prejudice to any party's right to reopen upon letter request within 30 days of the expiration of the FHA's foreclosure moratorium.

    The Clerk of Court is directed to close the case.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       September 11, 2020

ROSLYNN R. MAUSKOPF
Chief United States District Judge